UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RHTC LIQUIDATING CO.<br>fka Railpower Hyrbid Technologies Corp.<br>*Debtor* | : : : | Case No. 09-10198 TPA<br>Chapter 15 |
| UNION PACIFIC RAILROAD<br>COMPANY<br>*Movant*<br>v.<br>ERNST & YOUNG INC., as<br>Foreign Representative<br>*Respondent* | : : : : : : : : | Related to Document No. 131 |
| RHTC LIQUIDATING CO.<br>fka Railpower Hybrid Technologies Corp.<br>fka Railpower Corporation<br>fka Technologies Hybrides Railpower Corp.<br>*Debtor* | : : : : : | Case No. 09-11492 TPA<br>Chapter 7 |
| UNION PACIFIC RAILROAD<br>COMPANY<br>*Movant*<br>v.<br>ERNST & YOUNG INC., as<br>Foreign Representative<br>*Respondent* | : : : : : : : | Related to Document No. 63 |

## ORDER

*AND NOW*, this *8th* day of *February, 2010*, the Ontario Teachers Pension Plan ("OTPP") having filed documents in both cases entitled ***Objection of Ontario Teachers Pension Plan to the Motion of Union Pacific Railroad Company for an Order Directing Debtor's Funds to be Deposited Into a United States Bank***, ("Objection"), Document No. 131 in the Chapter 15 case and Document No. 63 in the Chapter 7 case, as a *Response* to the *Motion of Union Pacific Railroad*

1

*Company for an Order Directing Debtor's Funds to be Deposited into United States Bank Account* ("Motion"), Document No. 127 in the Chapter 15 case and Document No. 57 in the Chapter 7 case, and OTPP not having previously been involved in either of these cases, it is **ORDERED, ADJUDGED and DECREED** that:

(1) The hearing on the *Motion of Union Pacific Railroad Company for an Order Directing Debtor's Funds to be Deposited into United States Bank Account* scheduled for *February 9, 2010,* is **CONTINUED** indefinitely. The Evidentiary Hearing scheduled for February 9, 2010 on the *Motion to Dismiss Involuntary Chapter 7 Case*, Document No. 20 in the Chapter 7 case, shall proceed as scheduled.

(2) *On or before February 15, 2010,* the OTPP shall file its *Motion for Leave to Intervene* ("Motion to Intervene") pursuant to *Fed.R.Bankr.P. 2018(a)*, if that remains its desire.

(3) *On or before February 22, 2010,* Union Pacific Railroad Company shall file a *Response* to the the *Motion to Intervene*, as well as any *Reply* it wishes to make to the *Objections*.

(4) The Court will schedule a hearing date on the *Motion* and/or on the *Motion to Intervene* once all filings are timely effectuated.

 Thomas P. Agresti, Chief Judge
 United States Bankruptcy Court

Case Administrator to serve:
 David W. Ross, Esq.
 Mark A. Lindsay, Esq.
 Paul A. Cordaro, Esq.
 Joseph F. Gula, III, Esq.
 Lawrence C. Bolla, Esq.

 Robert W. Pontz, Esq.
 Denise A. Mertz
 James W. Greenfield, Esq.
 Gregory L. Taddonio, Esq.



**FILED**

FEB - 8 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: jmar              Page 1 of 1              Date Rcvd: Feb 08, 2010
Case: 09-11492                Form ID: pdf900         Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 10, 2010.
```
aty          +Robert W. Pontz,   Hartman Underhill & Brubaker LLP,   221 East Chestnut Street,
              Lancaster, PA 17602-2782
```
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2010**                          **Signature:**     *Joseph Speetjens*